UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE:   **WILLIAM KEITH ROARK**
        **DEBTORS**                                              CASE NO.  10-10654

ORDER ON MOTION
TO REOPEN CASE

****************************************************************************************

This matter came before the Court on Debtor's Motion to Reopen Case. The Court having reviewed the record and determined that Debtor has now filed the certificate of plan completion and request for a discharge;

IT IS HEREBY ORDRED that this case is reopened to allow Debtor to obtain a discharge.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, March 29, 2016**
(grs)